In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00188-CV

_____


IN THE INTEREST OF J.J.


On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. C-229,666


MEMORANDUM OPINION

The appellant filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.


_____
CHARLES KREGER
Justice

1

Submitted on July 25, 2018
Opinion Delivered July 26, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.